

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**GALE M. TAYLOR**                                                                 **PLAINTIFF**

v.                                                         CIVIL ACTION NO. 3:05cv536 HTW-JCS

**AMERICAN GENERAL FINANCE, INC., AND**
**J.P. MORGAN CHASE & COMPANY**                                    **DEFENDANTS**

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This civil action is before the Court pursuant to the agreement reached between Plaintiff Gale M. Taylor and Defendant American General Financial Services, Inc., formerly know as American General Finance, Inc. ("AGFS"), to settle and compromise the claims between them at issue in this matter. Having been advised that there are no further matters to be resolved between the parties and finding that there is no just reason for delay, pursuant to their agreement, it is therefore,

ORDERED AND ADJUDGED that all claims brought by Plaintiff Gale M. Taylor against Defendant AGFS in this civil action shall be, and hereby are, dismissed, with prejudice, with each party to bear its respective costs, fees and expenses. It is further,

ORDERED AND ADJUDGED that this is a Final Judgment within the meaning of the Federal Rules of Civil Procedure and that any appeal of this Order must be brought within the time provided by law from the date of entry of same.

SO ORDERED AND ADJUDGED, this the 19th day of January, 2006.

UNITED STATES DISTRICT JUDGE

AGREED:

_____
J. Patrick Frascogna (MSB # 8897)
Frascogna Courtney, PLLC
6360 I-55 North, Suite 150
Post Office Box 23126
Jackson, MS  39225-3126
(P) (601) 987-3000
(F) (601) 987-3001

ATTORNEY FOR PLAINTIFF


_____
John A. Crawford, Jr. (MSB #10346)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, AmSouth Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567
(P) (601) 948-5711
(F) (601) 985-4500
( (E) jack.crawford@butlersnow.com


ATTORNEY FOR DEFENDANT AMERICAN
GENERAL FINANCIAL SERVICES, INC.


Jackson 1132329v.1



    Civil Action No. 3:05-cv-536 WS
    Agreed Final Judgment of Dismissal with Prejudice