IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**GALE M. TAYLOR**                      **PLAINTIFF**

VS.                                                  **NO. 3:05CV536WS**

**AMERICAN GENERAL FINANCE, INC.,
AND JP MORGAN CHASE & COMPANY**          **DEFENDANTS**

## ORDER OF DISMISSAL

BE IT REMEMBERED that this matter came before the Court upon the *ore tenus* motion of Plaintiff and JPMorgan Chase Bank, N.A. ("Chase"), successor by merger to Bank One, N.A., and improperly identified in the caption of this action as JP Morgan Chase & Company, requesting that all of Plaintiff's claim against Chase be dismissed with prejudice. Having considered the same, the Court finds that said motion is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all of Plaintiff's claims against Chase be, and hereby are, dismissed with prejudice, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the _19_ day of _January_ 2006.

                                       _Henry T. Wingate_
                                       UNITED STATES DISTRICT JUDGE

*Agreed To as to Form and Content*:

_____
J. Patrick Frascogna, Esq., MBN 8897
*Attorney for Plaintiff*


_____
Mark H. Tyson, Esq., MBN. 9893
*Attorney For JPMorgan Chase Bank, N.A.*


```
Civil Action No. 3:05-cv-536 WS
Order of Dismissal
```

2